**DISMISS and Opinion Filed February 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-01124-CV**

### IN THE INTEREST OF M.C.O., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54728-2009**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellant appeals from the trial court's order on appellee's motion for enforcement in a suit involving the parent-child relationship. This Court questioned its jurisdiction over the portion of the trial court's order holding appellant in contempt. We instructed the parties to file letter briefs addressing our concern. In his letter brief, appellant requests that his appeal be nonsuited. We construe appellant's response as a motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

171124F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF M.C.O., A CHILD

No. 05-17-01124-CV

On Appeal from the 469th Judicial District Court, Collin County, Texas
Trial Court Cause No. 469-54728-2009.
Opinion delivered by Chief Justice Wright. Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Trina Grace recover her costs of this appeal from appellant Jeremiah O'Keeffe.

Judgment entered February 13, 2018.